**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**PLAINTIFF,** )<br>)<br>v. )<br>)<br>**ONE HUNDRED SIXTY-FIVE** )<br>**THOUSAND FIVE HUNDRED** )<br>**EIGHTY DOLLARS ($165,580)** )<br>**IN UNITED STATES CURRENCY,** )<br>)<br>**DEFENDANT-IN-REM.** ) | Civ. No. 06-29-B-W |

## DECREE OF FORFEITURE

WHEREAS, on March 1, 2006, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 21, United States Code, Section 881(a)(6) and Title 31, United States Code, Sections 5317(c) and 5332(c);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on March 29, April 5 and April 12, 2006, notice of this action was published in the St. John Valley Times, a newspaper of general circulation;

WHEREAS, on about June 8, 2006, the Verified Statement of Interest of Daniel Madore was filed;

WHEREAS, on about June 8, 2006, the Verified Statement of Interest of Travis Lapointe was filed;

WHEREAS, on about June 13, 2006, Allen Gagnon was defaulted;

WHEREAS, on about June 30, 2006, the Answer of Daniel Madore was filed;

WHEREAS, on about June 30, 2006, the Answer of Travis Lapointe was filed;

WHEREAS, on about October 20, 2006 the government file a Motion to Dismiss the Verified Statements of Interest of Madore and Lapointe;

WHEREAS, on about November 13, 2006, the claimants, Madore and Lapointe filed an objection to the government's Motion to Dismiss;

WHEREAS, on about November 14, 2006, the government filed its response to the claimants' objection to its Motion to Dismiss;

WHEREAS, on February 16, 2007 a hearing was held on the government's Motion to Dismiss;

WHEREAS, on February 21, 2007, the court entered an Order granting the government's Motion to Dismiss;

WHEREAS, it appearing from the record no other claims, contested or otherwise, have been filed against the defendant-in-rem;

**NOW THEREFORE**, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant-in-rem is **FORFEITED** to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED THAT** that the defendant-in-rem shall be disposed of according to law.

                                              **SO ORDERED,**

                                       /s/John A. Woodcock, Jr.
                                       JOHN A. WOODCOCK, JR.
                                       UNITED STATES DISTRICT JUDGE

Dated this 27th day of February, 2007